1154

No. 81–5684. MYRON *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 81–5685. EL-AMEEN *v.* MICHIGAN CONSOLIDATED GAS CO. Ct. App. Mich. Certiorari denied.

No. 81–5688. PARTEE *v.* JOHNSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–5690. BRADLEY *v.* DERMITT, WARDEN, IDAHO STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 81–5691. HANDY *v.* WESLACO INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–5696. SATCHELL *v.* RAINES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 81–5702. BANKSTON *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 81–5706. GRATTON *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 81–5707. KING *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–5711. HERRINGTON *v.* DEUKMEJIAN, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–5712. HOLLOWAY *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Ct. Crim. App. Tex. Certiorari denied.

No. 81–5714. SENATORE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.